## JOHN FRIDGE *v.* FIRST STEP, INC., ET AL.
### (SC 16076)

McDonald, C. J., and Norcott, Katz, Sullivan and Vertefeuille, Js.

Argued March 22—officially released April 25, 2000

*Nathan J. Shafner*, with whom was *Matthew Shafner*, for the appellant (plaintiff).

*James P. Berryman*, with whom, on the brief, were *Neil J. Ambrose, Andrew A. Cohen* and *Kerri Kelemen*, for the appellees (defendants).

*William F. Gallagher* filed a brief for the Connecticut Trial Lawyers Association as amicus curiae.

*Opinion*

PER CURIAM. After examining the record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case should be dismissed on the ground that certification was granted improvidently.[1]

The appeal is dismissed.

---

[1] We granted the plaintiff's petition for certification to appeal from the January 13, 1999 order of the Appellate Court dismissing the appeal, limited to the following issues: (1) "Whether the transfer order of the chairman of the workers' compensation commission was a final judgment over which the Appellate Court had jurisdiction?"; and (2) "Whether the chairman of the workers' compensation commission must articulate specific reasons when tranferring a case from one district to another?" *Fridge* v. *First Step, Inc.*, 248 Conn. 903, 903–904, 733 A.2d 223 (1999).